# Notice Recipients

District/Off: 0208–1          User: admin          Date Created: 5/18/2026

Case: 26–11165–jpm          Form ID: 309I          Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Bobby H.J. Kim          130 Beekman Street          #5B          New York, NY 10038

ust          United States Trustee          Office of the United States Trustee – NY          Alexander Hamilton Custom House          One Bowling Green, Room 534          New York, NY 10004–1408

tr          Thomas C. Frost          Chapter 13 Standing Trustee          399 Knollwood Rd          Suite 102          White Plains, NY 10603

smg          New York State Tax Commission          Bankruptcy/Special Procedures Section          P.O. Box 5300          Albany, NY 12205–0300

smg          United States Attorney's Office          Southern District of New York          Attention: Tax & Bankruptcy Unit          86 Chambers Street, Third Floor          New York, NY 10007

smg          N.Y. State Unemployment Insurance Fund          P.O. Box 551          Albany, NY 12201–0551

9415174          AT&T Mobility          P.O. Box 537104          Atlanta, GA 30353

9415179          American Express          P.O. Box 1270          Newark, NJ 07101

9415180          Bank of America          P.O. Box 15019          Wilmington, DE 19886

9415170          Beekman Landing Condominium          Homeowners Association          Smith, Gambrell & Russell, LLP          1301 Avenue of Americas, 21st Floor          New York, NY 11019

9415177          Capital One Bank          P.O. Box 71083          Charlotte, NC 28272

9415178          Chase Cards          P.O. Box 15153          Wilmington, DE 19886

9415167          City of New York Environmental Control Board          100 Church Street          New York, NY 10007

9415165          City of New York Parking Violations Bureau          100 Church Street          New York, NY 10007

9415168          City of New York Transit Adjudication Bureau          130 Livingston Street          Brooklyn, NY 11201

9415181          Great American Insurance Co.          15 Maiden Lane, Suite 800          New York, NY 10038

9415171          Internal Revenue Service Department of Treasury          PO Box 219236          Kansas City, MO 64I21–9236

9415169          Inwood Country Club          Levy, Davis & Maher, LLP          39 Broadway, Suite 1620          New York, NY 10006

9415166          JPMorgan Chase Bank, N .A.          c/o CT Corp.          111 Eighth Avenue          New York, NY 10011

9415173          New York City Dept of Finance          66 John Street Room 104 Mailroom          New York, NY 10038

9415172          New York State Department of Taxation and Finance          300 Motor Parkway, Suite 125          Hauppauge, NY 11788

9415183          OpenSky Card Services          P.O. Box 9224          Old Bethpage, NY 11804–9224

9415176          Selip & Stylianou, LLP          199 Crossways Park Drive          Woodbury, NY 11797

9415175          Susquehanna Bank          307 International Circle          Hunt Valley, MD 21030          Discover Bank

9415182          The Lawyers' Fund for Client Protection          119 Washington Avenue          Albany, NY 12210

9415164          U.S. Bank National Association          Shapiro, DiCaro & Barak, LLC          175 Mile Crossing Blvd          Rochester, NY 14624

TOTAL: 26