John G. McCarthy, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 15th Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com
*Attorneys for Creditor*
*Beekman Landing Condominium*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                        :
In re:                                                  :     Chapter 13
                                                        :
BOBBY H.J. KIM,                                         :
                                                        :     Case No. 26-11165 (JPM)
                                        Debtor.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Smith, Gambrell & Russell, LLP hereby appears in the

above-captioned case on behalf of creditor Beekman Landing Condominium, pursuant to Rules

2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and requests that all notices given or required to be given in the above-captioned case

and all papers served in the above-captioned case be given to and served upon the undersigned

listed below:

> John G. McCarthy, Esq.
> SMITH, GAMBRELL & RUSSELL, LLP
> 1301 Avenue of the Americas, 15th Floor
> New York, New York 10019
> Tel: (212) 907-9700
> Fax: (212) 907-9800
> jmccarthy@sgrlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Documents, nor any later appearance, pleading, claim or suit shall constitute a waiver of: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the right to trial by jury in any proceeding so triable in this case, or any case, controversy or adversary proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
   May 19, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
   John G. McCarthy
1301 Avenue of the Americas, 15th Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com
*Attorneys for Creditor*
*Beekman Landing Condominium*

2

SGR/82257945.1