UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In Re:

Bobby H.J. Kim,                                              Case No 26-11165
   Debtor.

-------------------------------------------------------------------x     Chapter 13

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of

U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S.

Bank National Association, as Indenture Trustee, on behalf of the holders of the Thornburg

Mortgage Securities Trust 2007-2 Mortgage-Backed Notes, Series 2007-2 (the "Secured

Creditor").  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the

undersigned requests all notices given or required to be given and all papers required to be served

in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and

served upon the undersigned counsel and the following be added to the Court's Master Mailing

List:

**Levi Chaimowitz, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: May 21, 2026
Westbury, NY

                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                         Attorney for Secured Creditor
                         900 Merchants Concourse, Suite 310
                         Westbury, NY 11590
                         Phone: (516) 280-7675
                         Fax:   (516) 280-7674

                         By: /s/ Levi Chaimowitz
                         Levi Chaimowitz, Esquire

23-153024 - LeC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In Re:

Bobby H.J. Kim,                                    Case No 26-11165

   Debtor.                                        Chapter 13

------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

   **I HEREBY CERTIFY** that on May 21, 2026, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:


BOBBY H.J. KIM
130 BEEKMAN STREET
#5B
NEW YORK, NY  10038

THOMAS C. FROST
CHAPTER 13 STANDING TRUSTEE
399 KNOLLWOOD RD
SUITE 102
WHITE PLAINS, NY  10603

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE - NY,
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY  10004


23-153024 - LeC

Dated: May 21, 2026
Westbury, NY

By: /s/ Journie Morosky

23-153024 - LeC