UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re:                                                                    Chapter 11

Bobby H.J. Kim,
                                                                          Case No. 26-11165(jpm)

                    Debtor(s).

_____ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Amanda Hiller, Acting Commissioner and Counsel of the New York State Department of Taxation and Finance (the "Department"), by Jeffrey K. Cymbler, Esq., District Tax Attorney, hereby appears in the above-captioned case(s) on behalf of the Department as a creditor and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and Section 1109(b) of the Bankruptcy Code, the Department requests that any and all notices given or required to be given in the above-captioned Chapter 11 case(s) and all papers served or required to be served in the above-captioned Chapter 11 case(s) be given to and served upon the undersigned at the office and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, disclosure statement, plan of reorganization or liquidation, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE, that request is also made that the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned case(s).

Dated:  Brooklyn, New York
         May 28, 2026

Respectfully submitted,

Amanda Hiller
Acting Commissioner and Counsel
NYS Department of Taxation and Finance

By: s/ Jeffrey K. Cymbler
     Jeffrey K. Cymbler, Esq.
     District Tax Attorney
     15 MetroTech Center
     Brooklyn, NY 11201
     Tel: (347) 390-8837
     Email:  Jeffrey.Cymbler@tax.ny.gov